B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 10−32845−KLP
**Chapter** 13

In re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael L Wilson　　　　　　　　　　　　　　LaShawn D Tipton−Wilson
8410 Brigadoon Ct　　　　　　　　　　　　　　8410 Brigadoon Ct
Henrico, VA 23228　　　　　　　　　　　　　　Henrico, VA 23228

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
　Debtor: xxx−xx−3125　　　　　　　　　　　Joint Debtor: xxx−xx−9354

Employer Tax−Identification (EIN) No(s).(if any):
　Debtor:  NA　　　　　　　　　　　　　　　Joint Debtor:  NA

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Michael L Wilson and LaShawn D Tipton−Wilson are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  July 23, 2014　　　　　　　　　　　　William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 10-32845-KLP
Michael L Wilson                                                      Chapter 13
LaShawn D Tipton-Wilson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: sewardt               Page 1 of 2                Date Rcvd: Jul 23, 2014
                              Form ID: B18W              Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2014.
```
db/jdb       +Michael L Wilson,   LaShawn D Tipton-Wilson,    8410 Brigadoon Ct,   Henrico, VA 23228-1868
9639843      +Allied Int,   Po Box 2455,    Chandler, AZ 85244-2455
9639844       Allied Interstate In,   Data Operations Po Box 2455,    Chandler, AZ 85244-2455
9639845      +Aspen,   Po Box 105555,   Atlanta, GA 30348-5555
9639846      +Awa Collections,   Po Box 6605,   Orange, CA 92863-6605
9639848    ++++CHECK SMART, VA337,   BUCKEYE CHECKCASHING OF VA INC,    6785 BOBCAT WAY STE 300,
               DUBLIN OH   43016-1443
              (address filed with court: Check Smart, VA337,    Buckeye CheckCashing of VA Inc,
               7001 Post Road, Suite 300,   Dublin, OH 43016-0000)
9650244       CITIFINANCIAL AUTO CORPORATION,    P.O. BOX 182287,   COLUMBUS OH-43218-2287
9801489      +CZ 2008-1 Trust,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
9639847      +Cash Advance,   2801-B Hathaway Rd,   Richmond, VA 23225-1733
9639850      +Commonwealth Radiology, PC,   1408 Willow Lawn DR, Suite 117,    Richmond, VA 23230
10031095     +Commonwealth of Virginia,   Department of Taxation,   P.O. Box 2156,   Richmond, VA 23218-2156
9639854      +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
9639856     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Mana,    1130 Northchase Pkwy Ste,
               Marietta, GA 30067-0000)
9639855      +First VA Financial Serv. LLC,    9121 Staples Mill Road,   Henrico, VA 23228-2026
9639857       Friedman's,   PO Box 702628,   Dallas, TX 75370-2628
9639858      +Gemb/Lakeside Applian,   Po Box 981439,   El Paso, TX 79998-1439
9639861      +HSBC CHARGEOFF,   PO Box 1259,   Oaks, PA 19456-1259
9639865      +Patten,Wornom,Hatten & Diamost,    4009 Chippendale Drive,   Richmond, VA 23234-3248
9639867      +Premiere Credit Of N A,   2002 No Wellesley Blvd 1,    Indianapolis, IN 46219-2417
9639869      +RF&P Federal Credit Union,   11655 Midlothian,   Midlothian, VA 23113-2612
9700738      +RF&P Federal Credit Union,    David H. Gouger, P.C.,   7834 Forest Hill Avenue,
               Richmond, VA 23225-1974
9639868      +Receivables Performanc,   20816 44th Ave W,   Lynnwood, WA 98036-7744
9639870       Richmond Emergency Physicians,    PO Box 808,   Grand Rapids, MI 49518-0808
9639872      +Squire Hill,   4037 Lamp Lighter Dr,   Richmond, VA 23234-3431
9639873       Systems &Services Technologies,    PO Box 3999,   Saint Joseph, MO 64503-0999
9639875     ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,   RICHMOND VA 23218-2156
              (address filed with court: Virginia Dept. of Taxation,    PO Box 1115,   Richmond, VA 23218-1115)
9639876      +Weinstein Properties,   Squire Hill Richmond,   4037 Lamp Lighter Dr,   Richmond, VA 23234-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: JEFFERSONCAP.COM Jul 24 2014 01:53:00     JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
               ST CLOUD, MN 56302-7999
cr            EDI: AIS.COM Jul 24 2014 01:53:00     Midland Funding LLC by American InfoSource LP as a,
               Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
cr           +EDI: RECOVERYCORP.COM Jul 24 2014 01:53:00     Recovery Management Systems Corporation,
               25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
9639841      +Fax: 864-336-7400 Jul 24 2014 02:10:56     Advance America,   6506 Hull Street Road,
               Richmond, VA 23224-2636
9639842      +EDI: ALLIANCEONE.COM Jul 24 2014 01:53:00     Allianceone,   1684 Woodlands Dr Ste 15,
               Maumee, OH 43537-4093
9664866       EDI: AIS.COM Jul 24 2014 01:53:00     American Infosource Lp As Agent for,
               T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
9639852      +E-mail/Text: wendie@creditmgt.com Jul 24 2014 01:52:08     Credit Management Cont,   Po Box 1654,
               Green Bay, WI 54305-1654
9639853       EDI: DIRECTV.COM Jul 24 2014 01:53:00     Direct TV,   PO Box 6550,   Englewood, CO 80155-6550
9639859      +EDI: HFC.COM Jul 24 2014 01:53:00     Hsbc Auto,   6602 Convoy Ct,   San Diego, CA 92111-1009
9639860      +EDI: HFC.COM Jul 24 2014 01:53:00     Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
9639862      +EDI: HFC.COM Jul 24 2014 01:53:00     Hsbc/Ms,   Po Box 3425,   Buffalo, NY 14240-3425
9639863       EDI: IRS.COM Jul 24 2014 01:53:00     Internal Revenue Service,   Insolvency Unit,   PO Box 21126,
               Philadelphia, PA 19114-0000
9813363      +EDI: JEFFERSONCAP.COM Jul 24 2014 01:53:00     Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-7999
9653038      +EDI: MID8.COM Jul 24 2014 01:53:00     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
11746786      EDI: AIS.COM Jul 24 2014 01:53:00     Midland Funding LLC,   by American InfoSource LP as agent,
               Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
9639864      +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 24 2014 01:52:23     Nco Fin 02,
               507 Prudential Rd,   Horsham, PA 19044-2368
9639866       E-mail/Text: mmrgbk@miramedrg.com Jul 24 2014 01:52:12     Pellettieri & Associates, LTD,
               PO Box 536,   Linden, MI 48451-0536
9666458       EDI: RECOVERYCORP.COM Jul 24 2014 01:53:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
9639871      +EDI: PHINRJMA.COM Jul 24 2014 01:53:00     Rjm Acq Llc,   575 Underhill Blvd Ste 2,
               Syosset, NY 11791-3426
9653184      +EDI: DRIV.COM Jul 24 2014 01:53:00     SANTANDER CONSUMER USA,   8585 N. STEMMONS FRWY,
               STE. 1100 N.,   DALLAS, TX 75247-3822
```

```
District/off: 0422-7          User: sewardt              Page 2 of 2              Date Rcvd: Jul 23, 2014
                              Form ID: B18W              Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9784414        EDI: NEXTEL.COM Jul 24 2014 01:53:00      Sprint Nextel Correspondence,   Attn Bankruptcy Dept,
               PO Box 7949,   Overland Park KS 66207-0949
9784415        EDI: NEXTEL.COM Jul 24 2014 01:53:00      Sprint Nextel Distribution,   Attn: Bankruptcy Dept,
               P.O. Box 3326,   Englewood, CO 80155-3326
9858028        EDI: AFNIVERIZONE.COM Jul 24 2014 01:53:00      Verizon,   PO BOX 3037,
               Bloomington, IL 61702-3037
9858030       +EDI: AFNIVZWIRE.COM Jul 24 2014 01:53:00      Verizon Wireless,   PO BOX 3397,
               Bloomington, IL 61702-3397
9639874       +EDI: AFNIVZWIRE.COM Jul 24 2014 01:53:00      Verizon Wireless,   250 James St,
               Morristown, NJ 07960-6410
                                                                                               TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
               Houston, TX 77210-4457
11748768*      Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
               Houston, TX 77210-4457
9639849       ##+Citi Auto,   2208 Highway 121 Ste 100,   Bedford, TX 76021-5981
9639851       ##+Credit Adjustment Bo,   306 East Grace Street,   Richmond, VA 23219-1795
10236765      ##+The Debt Law Group, PLLC,   P.O. Box 5928,   Glen Allen, VA 23058-5928
                                                                                           TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2014 at the address(es) listed below:
              Richard James Oulton    on behalf of Debtor Michael L Wilson 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com;DLGHearings@gmail.com
              Richard James Oulton    on behalf of Joint Debtor LaShawn D Tipton-Wilson 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com;DLGHearings@gmail.com
              Robert E. Hyman    station08@ricva.net, ecfsummary@ricva.net
                                                                                             TOTAL: 3
```